No. 297. DAVID W. PHILLIPS, COLLECTOR OF INTERNAL REVENUE, *v.* INTERNATIONAL SALT COMPANY. Certiorari to the Circuit Court of Appeals for the Third Circuit.

Argued April 25, 1927. Decided May 2, 1927. *Per Curiam.* Reversed on the authority of *Edwards* v. *Chile Copper Co.,* 270 U. S. 452. *Assistant Attorney General Willebrandt,* with whom *Solicitor General Mitchell* and *Mr. Sewall Key* were on the brief, for petitioner. *Mr. Henry B. Twombly* for respondent. *Mr. E. Crosby Kindleberger,* and *Messrs. George E. Holmes* and *Randolph E. Paul,* filed briefs as *amici curiae* by special leave of Court.